■ ROBERT OBEY, Appellant, v CITY OF NEW YORK, Defendant, and NEW YORK CITY TRANSIT AUTHORITY, Respondent. [55 NYS3d 162]—

Upon remittitur from the Court of Appeals (29 NY3d 958

[2017]), for consideration of issues raised but not determined on the appeal to this Court, order, Supreme Court, New York County (Geoffrey D. Wright, J.), entered May 22, 2014, insofar as it denied plaintiff's motion to set aside the jury's award of damages for pain and suffering, unanimously affirmed, without costs.

The jury's award of $450,000 for past and future pain and suffering did not differ materially from what is reasonable compensation, and plaintiff raises no challenge on appeal to the award for medical expenses. The cases relied on by plaintiff in support of his challenge to the pain and suffering award (*see e.g. Firmes v Chase Manhattan Auto. Fin. Corp.*, 50 AD3d 18 [2d Dept 2008], *lv denied* 11 NY3d 705 [2008]) are distinguishable, because in those cases plaintiff had significantly more surgery than occurred here. We see no reason to increase the jury's damages award or to order a new trial on damages. Concur—Tom, J.P., Friedman, Richter, Gische and Gesmer, JJ.